OPINION — AG ** COMMISSIONERS OF THE LAND OFFICE — LEGAL DUTY — LAW SUITS ** QUESTION: CAN THE " LAW AND EXECUTIVE CLERK " OF THE COMMISSIONERS OF THE LAND OFFICE HAVE AUTHORITY TO INSTITUTE AND/OR DEFEND ACTIONS BROUGHT BY OR AGAINST SAID COMMISSIONERS OF THE LAND OFFICE ? — AFFIRMATIVE (LEGAL ACTION, LAWYERS, HIRE ATTORNEYS) CITE: 64 O.S. 160 [64-160], 74 O.S. 18 [74-18] [74-18](B), 74 O.S. 784 [74-784] (FRED HANSEN)